No. 10–10436.  SHAW v. CLARKE, DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–10437.  SAYED v. PROFITT.  C. A. 10th Cir.  Certiorari
denied.

No. 10–10448.  JOHNSON v. PENNSYLVANIA.  Super. Ct. Pa.
Certiorari denied.

No. 10–10451.  WILSON v. JARRIEL, WARDEN.  Sup. Ct. Ga.
Certiorari denied.

No. 10–10452.  WALLACE v. TUCKER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–10453.  DELAHANTY v. ARIZONA.  Sup. Ct. Ariz.  Cer-
tiorari denied.

No. 10–10455.  MAJOR v. CAIN, WARDEN.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 10–10456.  MASON v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.
Certiorari denied.

No. 10–10457.  FORD v. LOUISIANA.  Sup. Ct. La.  Certiorari
denied.

No. 10–10458.  BINNS v. TUCKER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 10–10464.  CEDENO v. CONWAY, SUPERINTENDENT, ATTICA
CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–10465.  CHATELOIN v. FLORIDA.  Dist. Ct. App. Fla., 3d
Dist.  Certiorari denied.

No. 10–10467.  DELK v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10469.  DAVIS v. DONAT, WARDEN, ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 10–10470.  CONLEY v. CIRCUIT COURT OF WISCONSIN, MIL-
WAUKEE COUNTY.  Ct. App. Wis.  Certiorari denied.